UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RUSLAN SKINDIRIDI,<br><br>          Petitioner,<br><br>          v.<br><br>JAMES JANECKA, Warden of Adelanto Detention Facility,<br><br>          Respondent. | Case No. 5:26-cv-03040-FMO-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"), the Answer to the Petition (Dkt. 7), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 8, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT the Judgment shall be entered

(1)    granting the Petition as to Ground One, with Respondents ORDERED to immediately release <u>Petitioner Ruslan Skindiridi (A# 246 574 485)</u> from custody subject to the conditions of his preexisting parole; and

(2)     dismissing the Petition in all other respects without prejudice.

Dated: June 18, 2026

_____
 HON. FERNANDO M. OLGUIN
 UNITED STATES DISTRICT JUDGE

2