JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

RUSLAN SKINDIRIDI,

                Petitioner,

                v.

JAMES JANECKA, Warden of Adelanto Detention Facility,

                Respondent.

No. 5:26-cv-03040-FMO-JDE

JUDGMENT

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is: (1) GRANTED in part, with Respondents ORDERED to <u>immediately release Petitioner Ruslan Skindiridi (A# 246 574 485)</u> from custody, subject to the conditions of his preexisting parole; and (2) DENIED without prejudice in all other respects.

Dated: June 18, 2026



HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE